UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
v.                                 )          Nos. 3:24-CR-87-KAC-DCP
                                   )               3:25-CR-58-KAC-DCP
JACQUES THRON MARCUS,              )               3:21-CR-4-KAC-DCP
                                   )
            Defendant.             )

**O R D E R**

This case is before the Court on Defendant Jacques Marcus's pro se Motion for Substitute Counsel [Doc. 141],[1] filed on March 31, 2026. *See* 28 U.S.C. § 636(b). On December 29, 2025, the Court appointed Attorney Jonathan S. Wood to represent Defendant at his initial appearance and arraignment on a Superseding Indictment in case number 3:24-CR-87 [Doc. 92]. Attorney Wood also represents Defendant in a separate felony case [No. 3:25-CR-58, Doc. 6] and on allegations that Defendant violated his conditions of supervised release in a third case [No. 3:21-CR-4, Doc. 69]. Defendant now seeks substitute counsel in all three cases.[2]

In the motion, Defendant contends that defense counsel "fails to stay in contact" and has not reviewed the discovery or discussed defense strategy with him [Doc. 141 p. 1]. He also alleges that counsel is not "vigilant" about the pretrial motion deadline and has not filed any pretrial motions thereby compromising his constitutional rights [*Id*.]. Defendant states that he no longer trusts counsel because counsel did not deliver the discovery despite telling both Defendant and his

---

[1]    All citations are to the record in case number 3:24-CR-87 unless otherwise stated.

[2]    Although Defendant only filed his pro se Motion for Substitute Counsel in case number 3:24-CR-87, at the motion hearing he clarified that he sought new counsel in all three cases.

family that he would do so [*Id*.].  He maintains that he is not receiving the effective assistance of counsel [*Id*.].

The parties appeared before the Court for a hearing on the motion on April 9, 2026. Assistant United States Attorney Keith Hollingshead-Cook appeared on behalf of the Government. Mr. Wood appeared on behalf of Defendant, who was present. Attorney Randall E. Reagan was also present at the Court's request.

At the motion hearing, the Government confirmed that it had no position on the matter of the attorney-client relationship. The Court also conducted a sealed, ex parte portion of the hearing to learn more about the nature and extent of the problems with the attorney-client relationship. Without going into the confidential nature of that discussion, the Court notes that the responses of Attorney Wood and Defendant to the Court's inquiries reasonably satisfy the Court that there are sufficient grounds to substitute counsel based on a strained relationship, which has compromised defense counsel's ability to defend Defendant and render effective assistance of counsel. Good cause therefore exists for substitution of counsel.

Defendant's pro se motion [**Doc. 141**] for substitution of counsel is **GRANTED**, and Mr. Wood is **RELIEVED** as counsel of record for Defendant in his three criminal cases. Attorney Randall E. Reagan agreed to accept representation of Defendant at the hearing. The Court **SUBSTITUTES** and **APPOINTS** Attorney Reagan in these three cases under the Criminal Justice Act, 18 U.S.C. § 3006A, as counsel of record for Defendant. The Court **DIRECTS** Mr. Wood to provide the discovery and the information from Defendant's file to Mr. Reagan.

Accordingly, the Court **ORDERS**:

    (1) Defendant's pro se Motion to Substitute Counsel [**Doc. 141**] is **GRANTED**;

2

(2) Attorney Jonathan S. Wood is **RELIEVED** of further representation of Defendant and is **DIRECTED** to provide the discovery and information from Defendant's file to new counsel; and

(3) Attorney Randall E. Reagan is **SUBSTITUTED** and **APPOINTED** as counsel of record for Defendant.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge

3